IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL AWAI-FULLER,<br><br>    Defendant. | No. 2:19-CR-00027-KJM<br><br>**ORDER GRANTING DEFENDANT DANIEL AWAI-FULLER' REQUEST TO SEAL** |

Upon application of Defendant Daniel Awai-Fuller, through counsel, and good cause being shown,

IT IS HEREBY ORDERED that Defendant Daniel Awai-Fuller's Psychological Evaluation be SEALED until ordered unsealed by the Court.

Dated: November 29, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

**Order to Seal (2:19-CR-00027-KJM)**